UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Magistrate No. MJ-1-11-409 |
| | : | |
| | : | Magistrate Judge Litkovitz |
| vs. | : | |
| | : | |
| | : | **UNITED STATES' MOTION TO** |
| MOSES BARKER | : | **DISMISS CRIMINAL COMPLAINT** |

Now comes the United States, by and through Assistant United States Attorney Karl P. Kadon, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, respectfully requests the Court to dismiss the criminal complaint previously filed in the above-captioned case.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Karl P. Kadon
KARL P. KADON (0009324)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-2047
Karl.Kadon @usdoj.gov

**IT IS SO ORDERED** this 28th day of December, 2011.

**KAREN L. LITKOVITZ**
**United States Magistrate Judge**